**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

2018 JUL 11 PM 1: 53

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. ___ 6:18-CR-027-C ___ |
| ORLANDO JAMES GONZALES (1)<br>DARLENE LAREA SANFORD (2) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine
### (Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury, and continuing to on or about the date of this indictment, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Orlando James Gonzales** and **Darlene Larea Sanford,** defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the grand jury, to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

<u>Count Two</u>
Possession with Intent to Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii))

On or about November 20, 2017, in the San Angelo Division of the Northern District of Texas, and elsewhere, **Orlando James Gonzales** and **Darlene Larea Sanford,** defendants, did intentionally and knowingly possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
351 Pine Street, Suite 2101
Abilene, Texas 79601
Telephone:    325-672-8160
Facsimile:    325-673-3139
E-mail:        juanita.fielden@usdoj.gov

**Orlando James Gonzales, et al.**
**Indictment - Page 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

UNITED STATES OF AMERICA

v.

ORLANDO JAMES GONZALES (1)
DARLENE LAREA SANFORD (2)

INDICTMENT

COUNT 1:    CONSPIRACY TO DISTRIBUTE AND POSSESS WITH
INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF
METHAMPHETAMINE
Title 21, United States Code, Section 846.

COUNT 2:    POSSESSION WITH INTENT TO DISTRIBUTE 500
GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1),
841(b)(1)(A)(viii).

(2 COUNTS)

A true bill rendered:

Lubbock _____ Foreperson

Filed in open court this 11th day of July, A.D. 2018.

ARREST WARRANT TO ISSUE AS TO EACH DEFENDANT

_____
UNITED STATES MAGISTRATE JUDGE