IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 6:18-CR-027-C(02) |
| DARLENE LAREA SANFORD (2) | |

### FACTUAL RESUME

In support of Darlene Larea Sanford's plea of guilty to the offense in Count Two of the indictment, Sanford, the defendant, Charles Scarborough, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

### ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the indictment, charging a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), Possession with Intent to Distribute 500 Grams or More of Methamphetamine, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First:* That the defendant knowingly or intentionally possessed a mixture or substance containing a controlled substance;

*Second:* That the substance was, in fact, methamphetamine;

*Third:* That the defendant possessed the mixture or substance with the intent to distribute it; and

*Fourth:* that the quantity of the substance was at least 500 grams or more of a

---

[1] Fifth Circuit Pattern Jury Instruction 2.93 (5th Cir. 2015).

**Darlene Larea Sanford**
**Factual Resume - Page 1**

mixture and substance containing a detectable amount of methamphetamine.

## STIPULATED FACTS

1.      Darlene Larea Sanford admits and agrees that on or about November 20, 2017, within the Northern District of Texas, San Angelo Division, and elsewhere, she did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).

2.      On November 20, 2017, investigators with the San Angelo (Texas) Police Department (SAPD) executed a search warrant at the residence of Darlene Larea Sanford and Orland James Gonzales, located at 308 East 22nd Street, San Angelo, Texas. At the time of the execution of the search warrant, three individuals were found in the living room. Gonzales was found taking a shower in the bathroom and Sanford was found in the master bedroom.

3.      Gonzales, who had a warrant for his arrest, claimed the property in the bathroom, including a set of keys. One of those keys opened a safe in the master bedroom that contained approximately 1.3 kilograms of a substance that field tested positive for methamphetamine.

4.      In the master bedroom, investigators located a scale, miscellaneous documents belonging to Gonzales, miscellaneous documents belonging to Sanford, and the aforementioned safe sitting on a dresser. In addition to the methamphetamine, $9,920 in cash was located inside the safe.

**Darlene Larea Sanford**
**Factual Resume - Page 2**

5. Sanford stated that Gonzales was her boyfriend and that the master bedroom was hers. With respect to the safe that contained approximately 1.3 kilograms of methamphetamine, Sanford stated that she did not know who it belonged to, but then stated "we never put the batteries in it to get the combination to work." Sanford claimed that "it" (referring to the methamphetamine) was hers. Sanford admits that she knowingly and intentionally possessed the methamphetamine in the safe.

6. The suspected methamphetamine was sent to the Drug Enforcement Administration South Central Laboratory for further analysis. A report from that laboratory confirmed that the substance possessed by Sanford and Gonzales was methamphetamine, a Schedule II controlled substance, with a net weight of: (1) 150.2 grams at 99% purity (148.5 grams actual); (2) 150.5 grams at 100% purity (150.5 grams actual); (3) 25.62 grams at 99% purity (25.63 grams actual); and (4) 984.4 grams at 99% purity (974.5 grams actual) . This quantity of methamphetamine is consistent only with distribution, not Sanford's or Gonzales's personal use.

6. Darlene Larea Sanford agrees that she committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the indictment.

AGREED TO AND STIPULATED on this 17th day of August, 2018.

                                                                                    ERIN NEALY COX
                                                                                    UNITED STATES ATTORNEY

*[signature]*
DARLENE LAREA SANFORD
Defendant

*[signature]*
JUANITA FIELDEN
Assistant United States Attorney
Texas State Bar No. 06965600
341 Pine Street, Suite 2101
Abilene, Texas 79601
Tel: 325-672-8160
Fax: 325-676-3137
Email: Juanita.Fielden@usdoj.gov

*[signature]*
CHARLES SCARBOROUGH
Attorney for Defendant

**Darlene Larea Sanford**
**Factual Resume - Page 4**